# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF404
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41014 | $3,931.90 | 8/5/2024 | 01-1116599 | 4/5/2024 | $3,931.90 |
| | 41054 | $786.38 | 8/12/2024 | 01-1125568 | 7/19/2024 | $786.38 |
| | 41121 | $43,587.52 | 8/19/2024 | 01-1126899 | 8/2/2024 | $43,587.52 |
| | 41183 | $38,382.08 | 8/24/2024 | 01-1127140 | 8/9/2024 | $38,382.08 |
| | 41400 | $42,581.67 | 9/18/2024 | 01-1128824 | 8/30/2024 | $42,581.67 |
| | 41400 | $100.00 | 9/18/2024 | 01-1129018 | 9/3/2024 | $100.00 |
| | 41509 | $36,437.34 | 9/25/2024 | 01-1129259 | 9/6/2024 | $36,437.34 |
| | 41509 | $27,597.08 | 9/18/2024 | 01-1129757 | 9/13/2024 | $27,597.08 |
| | 41567 | $786.38 | 10/9/2024 | 01-1130095 | 9/20/2024 | $786.38 |
| | | $0.00 | 10/21/2024 | 01-1130707 | 9/27/2024 | $786.38 |
| | | $0.00 | 10/21/2024 | 01-1131400 | 10/4/2024 | $16,894.98 |
| | | $0.00 | 10/21/2024 | 01-1132074 | 10/11/2024 | $33,129.58 |
| **Total Transfers** | **12** | **$194,190.35** | | | | **$245,001.29** |